UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| STEVE CRUMP,<br><br>      Plaintiff,<br>  v.<br><br>WARDEN GREGORY AHERN, et al.,<br><br>      Defendants.<br>_____/ | No. 3:12-CV-4357 EMC (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of STEVE CRUMP, inmate no. AS2496, presently in custody at the R. J. Donovan Correctional Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 1, 2014

                                               NANDOR J. VADAS
                                               United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, R. J. Donovan Correctional Facility

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of STEVE CRUMP, inmate no. AS2496, in your custody in the hereinabove-mentioned institution, before the United States District Court at San Quentin State Prison on April 18, 2014, at 1:00 p.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Crump v. Ahern, et al, and at the termination

of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 1, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: April 1, 2014

_____
NANDOR J. VADAS
United States Magistrate



2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| STEVE CRUMP,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN GREGORY AHERN, et al.,<br><br>    Defendants.<br>_____/ | No. 3:12-CV-4357 EMC (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on April 1, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
R. J. Donovan Correctional Facility
480 Alta Road
San Diego, CA  92179

Litigation Coordinator
San Quentin State Prison
1 Main Street
San Quentin, CA  94964

Steve Crump
Inmate no. AS2496
R. J. Donovan Correctional Facility
480 Alta Road
San Diego, CA  92179

(by fax also)


/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas