UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE CRUMP,

    Plaintiff,

  v.

M. GORDON,

    Defendant.

Case No.  12-cv-04357-EMC   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on April 18, 2014 at San Quentin, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X)  Plaintiff,  Steve Crump, Pro Se

    ( )  Warden or warden's representative

    ( )  Office of the California Attorney General

    (X)  Other:  M. Gordon,  Nicole Roman, Alameda County Counsel

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1    ( X )  The parties are unable to reach an agreement at this time.

2    **IT IS SO ORDERED.**

3    Dated:  April 25, 2014



4    _____
     NANDOR J. VADAS
5    United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28