UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE CRUMP,

        Plaintiff,

    v.

Warden GREGORY AHERN; Alameda Sheriff M. GORDON,

        Defendants.

                                              /

No. C-12-4357 EMC (pr)

**ORDER APPOINTING COUNSEL**

    Because Plaintiff Steve Crump has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Clara Shin, David Bayless, and Rebecca Jacobs of Covington & Burling LLP, are hereby appointed as counsel for Steve Crump in this matter.

    The scope of this referral shall be for:

- ■   all purposes for the duration of the case
- ☐   the limited purpose of representing the litigant in the course of
    - ☐   mediation
    - ☐   early neutral evaluation
    - ☐   settlement conference

///

///

///

☐ briefing ☐ and hearing on the following motion (*e.g.*, motion for summary judgment or motion to dismiss):

_____

_____

☐ discovery as follows:

_____

_____

☐ other:

_____

_____

All proceedings in this action are hereby **STAYED** until four (4) weeks from the date of his order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: July 10, 2014

_____
EDWARD M. CHEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE STEVE CRUMP,

    Plaintiff,

v.

IN RE STEVE CRUMP et al,

    Defendant.

Case Number: CV12-04357 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clara Shin
David Bayless
Rebecca Jacobs
Covington & Burling LLP
One Front Street
San Francisco, CA 94111

Steve Crump AS2496
San Quentin State Prison
San Quentin, CA 94964

Dated: July 10, 2014

Richard W. Wieking, Clerk
By: Betty P. Lee, Deputy Clerk