1 | DAVID B. BAYLESS (Bar No. 189235)
E-mail: dbayless@cov.com
2 | CLARA J. SHIN (Bar No. 214809)
E-mail: cshin@cov.com
3 | REBECCA A. JACOBS (Bar No. 294430)
E-mail: rjacobs@cov.com
4 | COVINGTON & BURLING LLP
One Front Street, 35th Floor
5 | San Francisco, California 94111-5356
Telephone:   (415) 591-6000
6 | Facsimile:    (415) 591-6091

7 | Attorneys for Plaintiff
STEVE CRUMP
8 |
DONNA R. ZIEGLER (Bar No. 142415)
9 | County Counsel
JILL SAZAMA (Bar No. 214215)
10 | Deputy County Counsel
E-mail: jill.sazama@acgov.org
11 | Office of the County Counsel
1221 Oak Street, Suite 450
12 | Oakland, California 94612
Telephone:   (510) 272-6700
13 | Facsimile:    (510) 272-5020

14 | Attorneys for Defendant
DEPUTY M. GORDON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE CRUMP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN GREGORY AHERN et al,<br><br>　　　　　Defendants. | Civil Case No. C12-04357 EMC<br><br>**STIPULATED REQUEST AND [PR~~OPOSE~~D] ORDER FOR EXTENDING DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　November 20, 2014<br>Time:　1:30 p.m.<br>Dept:　Courtroom 5 - 17th Floor |

1    Pursuant to Civil Local Rules 6-2 and 7-12, IT IS HEREBY STIPULATED by and
2 between the parties hereto through their respective attorneys of record, that subject to the
3 Court's approval, the deadline for Plaintiff's Opposition or Statement of Nonopposition to
4 Defendant's Motion to Dismiss First Amended Complaint shall be extended to November 7,
5 2014, and Plaintiff's Reply shall be due by November 14, 2014 ("Stipulation").  This Stipulation
6 is based on the following:

7    1.    Defendant filed a Notice of Motion and Motion to Dismiss First Amended
8 Complaint ("Motion") on October 14, 2014.  Dkt. No. 56.

9    2.    Plaintiff Steve Crump ("Plaintiff") is incarcerated at Richard J. Donovan
10 Correctional Facility ("Richard J. Donovan") in San Diego, California.  Officials at Richard J.
11 Donovan have informed counsel for Plaintiff that Plaintiff is not permitted to make or receive
12 telephone calls.  Declaration of Rebecca A. Jacobs in Support of Stipulated Request and
13 [Proposed] Order for Extending Deadline to Respond to Defendant's Motion to Dismiss
14 ("Jacobs Decl.") at ¶3.

15    3.    Plaintiff's counsel are located in San Francisco.  Jacobs Decl. at ¶4.

16    4.    Plaintiff's counsel have attempted to communicate with Plaintiff regarding the
17 Opposition or Statement of Nonopposition to the Motion but have been unable to do so to date.
18 Jacobs Decl. at ¶5.

19    5.    The parties have not previously requested any extensions to Court-ordered
20 deadlines.  The proposed change will not affect any other deadlines or the trial date set by the
21 Court.  Jacobs Decl. at ¶6.

22    6.    The Motion pertains to Plaintiff's Second Cause of Action, and the hearing date
23 for the Motion is currently set for November 20, 2014.  Dkt. No. 56.

24    7.    Pursuant to the Court's Case Management and Pretrial Order for Jury Trial, the
25 last day to the amend the pleadings is November 30, 2014.  Dkt. No. 52.

8. The parties respectfully request that the Court enter an Order approving this Stipulation. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that the concurrence in the filing of this document has been obtained from the other signatory hereto.

Respectfully submitted,

DATED: October 28, 2014

DAVID B. BAYLESS
CLARA J. SHIN
REBECCA A. JACOBS
COVINGTON & BURLING LLP

By:   */s/ Rebecca A. Jacobs*
      Rebecca A. Jacobs

Attorneys for Plaintiff
STEVE CRUMP

DATED: October 28, 2014

DONNA R. ZEIGLER,
County Counsel in and for the County of Alameda, State of California

By:   */s/ Jill Sazama*
      Jill Sazama
      Deputy County Counsel

Attorneys for Defendant
DEPUTY M. GORDON

**[PR~~OPO~~SED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

SIGNED on the 29th day of Oct., 2014.

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

THE HONORABLE EDWARD M. CHEN
Judge, United States District Court
for the Northern District of California