1  DAVID B. BAYLESS (Bar No. 189235)
   E-mail: dbayless@cov.com
2  CLARA J. SHIN (Bar No. 214809)
   E-mail: cshin@cov.com
3  REBECCA A. JACOBS (Bar No. 294430)
   E-mail: rjacobs@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California 94111-5356
   Telephone:    (415) 591-6000
6  Facsimile:    (415) 591-6091

7  Attorneys for Plaintiff
   STEVE CRUMP
8
   DONNA R. ZIEGLER (Bar No. 142415)
9  County Counsel
   JILL SAZAMA (Bar No. 214215)
10 Deputy County Counsel
   E-mail: jill.sazama@acgov.org
11 Office of the County Counsel
   1221 Oak Street, Suite 450
12 Oakland, California 94612
   Telephone:    (510) 272-6700
13 Facsimile:    (510) 272-5020

14 Attorneys for Defendant
   DEPUTY M. GORDON
15

16              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17                  **SAN FRANCISCO DIVISION**

18 STEVE CRUMP,                         Civil Case No. C12-04357 EMC
19            Plaintiff,
                                        **STIPULATION AND [PROPOSED]**
20    v.                                **ORDER REGARDING DEFENDANT**
                                        **M. GORDON'S MOTION TO DISMISS**
21                                      **FIRST AMENDED COMPLAINT**
   WARDEN GREGORY AHERN et al,
22
            Defendants.
23

24

25

26

27

28

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, that subject to the Court's approval, Plaintiff voluntarily dismisses the Second Cause of Action of the First Amended Complaint (Dkt. No. 53); Defendant M. Gordon withdraws his Motion to Dismiss the First Amended Complaint (Dkt. No. 56), which relates to the Second Cause of Action; and the parties will proceed with the balance of the First Amended Complaint intact.  This Stipulation is based on the following:

1. On September 30, 2014, Plaintiff filed a First Amended Complaint (Dkt. No. 53) with two causes of action.

2. On October 14, 2014, Defendant M. Gordon filed a Motion to Dismiss the First Amended Complaint (Dkt. No. 56) (the "Motion"), relating solely to the Second Cause of Action of the First Amended Complaint.

3. Plaintiff does not oppose the Motion, and instead hereby voluntarily dismisses the Second Cause of Action, rendering the Motion moot.  In response, Defendant M. Gordon hereby withdraws the Motion.

4. The parties will proceed with the balance of the First Amended Complaint intact.

5. The parties respectfully request that the Court enter an Order approving this Stipulation.  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that the concurrence in the filing of this document has been obtained from the other signatory hereto.

Respectfully submitted,

DATED: November 5, 2014

DAVID B. BAYLESS
CLARA J. SHIN
REBECCA A. JACOBS
COVINGTON & BURLING LLP

By:   */s/ Rebecca A. Jacobs*
        Rebecca A. Jacobs

Attorneys for Plaintiff
STEVE CRUMP

DATED: November 5, 2014

DONNA R. ZEIGLER,
County Counsel in and for the County of
Alameda, State of California
JILL SAZAMA
Deputy County Counsel

By:  */s/ Jill Sazama*
Jill Sazama

Attorneys for Defendant
DEPUTY M. GORDON

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

SIGNED on the ⎯7th⎯ day of ⎯⎯Nov.⎯⎯, 2014.

THE HONORABLE
Judge, United States District Court
for the Northern District of California

*IT IS SO ORDERED*
Judge Edward M. Chen