UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| STEVE CRUMP,<br><br>  Plaintiff,<br><br>v.<br><br>WARDEN GREGORY AHERN, et al.,<br><br>  Defendants._____ / | No. 3:12-CV-4357 EMC (NJV)<br>ORDER RESETTING<br>STATUS CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The telephonic status conference currently set for November 25, 2014, is HEREBY RESET for December 2, 2014, at 1:00 pm. The parties shall dial 888-684-8852, enter access code 1868782. At the status conference, Counsel shall report on the outcome of their meeting regarding settlement.

IT IS SO ORDERED.

Dated:  November 10, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge