# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

STEVE CRUMP,

    Plaintiff,

  v.

M. GORDON,

    Defendant.

Case No. 12-cv-04357-EMC   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on December 5, 2015, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff

   ( ) Warden or warden's representative

   ( ) Office of the California Attorney General

   ( X ) Other:  Jill Sazama, Alameda County Counsel

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.  A telephonic status conference will take place January 13, 2015 at 1:00 pm.  Defense counsel will arrange for Plaintiff's telephonic appearance.  The parties shall dial 888-684-8852 and enter access code 1868782 to make their appearances.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint

1  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
2  attached remain for this Court to resolve.
3       ( ) The parties are unable to reach an agreement at this time.
4  **IT IS SO ORDERED.**
5  Dated: 12/9/14

_____
NANDOR J. VADAS
United States Magistrate Judge