1  STEVE CRUMP
   CDC# AS2496
2  R. J. Donovan Correctional Facility
3  480 Alta Road
   San Diego, CA  92179
4
   Plaintiff In Propia Persona
5
   DONNA R. ZIEGLER (Bar No. 142415)
6  County Counsel
   JILL SAZAMA (Bar No. 214215)
7  Deputy County Counsel
   E-mail: jill.sazama@acgov.org
8  Office of the County Counsel
   1221 Oak Street, Suite 450
9  Oakland, California 94612
   Telephone:    (510) 272-6700
10 Facsimile:    (510) 272-5020

11 Attorneys for defendant Matthew Gordon

12            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO DIVISION

14 STEVE CRUMP,                          Civil Case No. C12-04357 EMC

15         Plaintiff,                    **STIPULATION AND [PROPOSED]
                                         ORDER OF DISMISSAL WITH
16 v.                                    PREJUDICE PURSUANT TO
                                         SETTLEMENT**
17 WARDEN GREGORY AHERN et al,

18         Defendants.

19

20

21         Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and pursuant to the

22 settlement entered into on the record by the parties on December 5, 2014, and based on the fact

23 that the settlement has now been paid to plaintiff, plaintiff STEVE CRUMP, in propia persona,

24 and defendant MATTHEW GORDON, through his attorneys, hereby STIPULATE AND

25 AGREE TO DISMISS THIS ACTION WITH PREJUDICE, each side to bear his own

26 attorney's fees and costs.

27 //

28 //

                                           1

1

2    Respectfully submitted,

     DATED: January 5 _____ , 2015    PLAINTIFF STEVE CRUMP
3
                                         By: _____
4                                            STEVE CRUMP
                                             In Propia Persona
5
     DATED: December 30 _____ , 2014    DONNA R. ZEIGLER,
6                                         County Counsel in and for the County of
                                          Alameda, State of California
7                                         JILL SAZAMA
                                          Deputy County Counsel
8
9                                         By: _____
                                             Jill Sazama
10                                           Attorneys for defendant
                                             MATTHEW GORDON
11

12

13

14

15

16                              **[PROPOSED] ORDER**

17    Pursuant to stipulation, IT IS SO ORDERED.

18    SIGNED on the ___12th___ day of ___Jan.___ , 2015.

19

20

21    THE _____ CHEN
22    Judg_____ urt
      for the _____
23

24

25

26

27

28

                                         2

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA